1  **Katherine S. Agbayani (SBN 213812)**
   *ksagbayani@ww.law*
2  **WOLFE & WYMAN LLP**
   **2212 Dupont Drive**
3  **Irvine, California 92612-1525**
   **Telephone:  (949) 475-9200**
4  **Facsimile:   (949) 475-9203**

5  **Attorneys for Defendant**
   **ALLY BANK**

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11  MICHAEL SHANE RUIZ, an individual,          Case No.: 1:25-CV-00641-KES-SKO

12                 Plaintiff,                   **ORDER ON STIPULATION TO**
                                                **EXTEND TIME FOR DEFENDANT**
13      v.                                      **ALLY BANK TO RESPOND TO**
                                                **PLAINTIFF'S INITIAL COMPLAINT**
14
    ALLY BANK; NATIONAL DEFAULT               **(Doc. 4)**
15  SERVICING CORPORATION; FINANCE OF
    AMERICA MORTGAGE LLC, and Does 1
16  through 100, inclusive,                     Complaint Removed on:  May 28, 2025
                                                New response date:  June 13, 2025
17                 Defendants.
                                                Action Filed:   April 7, 2025
18

19

20          Pursuant to the Stipulation between Plaintiff MICHAEL SHANE RUIZ ("Plaintiff") and

21  Defendant ALLY BANK ("Ally Bank"), and for good cause shown,

22          IT IS HEREBY ORDERED that the time for Ally Bank to respond to Plaintiff's Complaint

23  shall be and hereby is extended up to **June 13, 2025**.

24

25  IT IS SO ORDERED.

26  Dated:   **June 5, 2025**                        /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE
27

28                                          1
    _____
              **ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANT ALLY BANK**
                   **TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT**

5255494.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANT ALLY BANK
TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT**

5255494.1