Katherine S. Agbayani (SBN 213812)
*ksagbayani@ww.law*
WOLFE & WYMAN LLP
2212 Dupont Drive
Irvine, California 92612-1525
Telephone:  (949) 475-9200
Facsimile:  (949) 475-9203

Attorneys for Defendant
ALLY BANK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHANE RUIZ, an individual, | Case No.: 1:25-CV-00641-KES-SKO |
| Plaintiff, | **ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT ALLY BANK TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT** |
| v. | |
| ALLY BANK; NATIONAL DEFAULT SERVICING CORPORATION; FINANCE OF AMERICA MORTGAGE LLC, and Does 1 through 100, inclusive, | **(Doc. 7)** |
| Defendants. | Complaint Removed on:  May 28, 2025<br>Prior response date:  June 13, 2025<br>New response date:  June 27, 2025 |
| | Action Filed:       April 7, 2025 |

///
///
///
///
///
///

ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT ALLY BANK TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT

5263708.1

Pursuant to the Second Stipulation between Plaintiff MICHAEL SHANE RUIZ ("Plaintiff") and Defendant ALLY BANK ("Ally Bank") (Doc. 7),

IT IS HEREBY ORDERED that the time for Ally Bank to respond to Plaintiff's Complaint shall be and hereby is extended up to **June 27, 2025**.

IT IS SO ORDERED.

Dated:  **June 13, 2025**              /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE

2
**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT ALLY BANK TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT**

5263708.1