**Katherine S. Agbayani (SBN 213812)**
*ksagbayani@ww.law*
**WOLFE & WYMAN LLP**
**2212 Dupont Drive**
**Irvine, California 92612-1525**
**Telephone:  (949) 475-9200**
**Facsimile:  (949) 475-9203**

**Attorneys for Defendant**
**ALLY BANK**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHANE RUIZ, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ALLY BANK; NATIONAL DEFAULT SERVICING CORPORATION; FINANCE OF AMERICA MORTGAGE LLC, and Does 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No.: 1:25-cv-00641-KES-SKO<br><br>**ORDER GRANTING THIRD STIPULATION TO EXTEND TIME FOR DEFENDANT ALLY BANK TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT**<br><br>**(Doc. 12)**<br><br>Complaint Removed on:  May 28, 2025<br>Prior response date:  June 27, 2025<br>New response date:  July 11, 2025<br><br>Action Filed:   April 7, 2025 |

　　　　Pursuant to the third Stipulation between Plaintiff MICHAEL SHANE RUIZ ("Plaintiff") and Defendant ALLY BANK ("Ally Bank") (Doc. 12), IT IS HEREBY ORDERED that the time for Ally Bank to respond to Plaintiff's Complaint shall be and hereby is extended up to **July 11, 2025**.

IT IS SO ORDERED.

Dated:  **June 30, 2025**　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
**ORDER GRANTING THIRD STIPULATION TO EXTEND TIME FOR DEFENDANT ALLY BANK TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT**

5280180.1