UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHANE RUIZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALLY BANK; NATIONAL DEFAULT SERVICING CORPORATION; FINANCE OF AMERICA MORTGAGE LLC, and Does 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1:25-cv-00641-KES-SKO<br><br>**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**<br><br>(Doc. 15) |

On July 2, 2025, the parties filed a "Stipulation of Dismissal as to Defendant, Finance of America Mortgage, LLC," pursuant to Federal Rule of Civil Procedure 41(a). (Doc. 15.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

[A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111

1  F.3d 688, 692 (9th Cir. 1997).

2  Because the parties filed a stipulation of dismissal without prejudice under Rule 41(a), this
3  case has automatically terminated as to Defendant Finance of America Mortgage, LLC.  Fed. R.
4  Civ. P. 41(a)(1)(A).

5  Accordingly, the Clerk of Court is directed to TERMINATE Defendant Finance of
6  America Mortgage, LLC.  This case shall remain OPEN pending resolution of Plaintiff's case
7  against the remaining defendants.

IT IS SO ORDERED.

Dated:  **July 3, 2025**                          /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE

2