Katherine S. Agbayani (SBN 213812)
ksagbayani@ww.law
WOLFE & WYMAN LLP
2212 Dupont Drive
Irvine, California 92612-1525
Telephone: (949) 475-9200
Facsimile: (949) 475-9203

Attorneys for Defendant
ALLY BANK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHANE RUIZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALLY BANK; NATIONAL DEFAULT SERVICING CORPORATION; FINANCE OF AMERICA MORTGAGE LLC, and Does 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1:25-cv-00641-KES-SKO<br><br>**ORDER GRANTING FOURTH STIPULATION TO EXTEND TIME FOR DEFENDANT ALLY BANK TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT**<br><br>(Doc. 17) |

Pursuant to the fourth Stipulation between Plaintiff MICHAEL SHANE RUIZ ("Plaintiff") and Defendant ALLY BANK ("Ally Bank") (Doc. 17), IT IS HEREBY ORDERED that the time for Ally Bank to respond to Plaintiff's Complaint shall be and hereby is extended up to **July 25, 2025**.

IT IS SO ORDERED.

Dated:   **July 11, 2025**                         /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

---

1

ORDER GRANTING FOURTH STIPULATION TO EXTEND TIME FOR DEFENDANT ALLY BANK TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT

5280180.1