UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHANE RUIZ, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>ALLY BANK; NATIONAL DEFAULT SERVICING CORPORATION; FINANCE OF AMERICA MORTGAGE LLC, and Does 1 through 100, inclusive,<br><br>  Defendants. | Case No.: 1:25-cv-00641-KES-SKO<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT NATIONAL DEFAULT SERVICING CORPORATION TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT**<br><br>(Doc. 20) |

Pursuant to the fourth Stipulation between Plaintiff MICHAEL SHANE RUIZ ("Plaintiff") and Defendant NATIONAL DEFAULT SERVICING CORPORATION (Doc. 20), IT IS HEREBY ORDERED that the time for National Default Servicing Corporation to respond to Plaintiff's Complaint shall be and hereby is extended up to **July 25, 2025**.

IT IS SO ORDERED.

Dated:   **July 17, 2025**                              /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE

1
ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT NATIONAL DEFAULT SERVICING CORPORATION TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT

5280180.1